**No. 62016.**—Brown, Alcantar & Brown, Inc. *v.* United States, protests 241180–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats; prepared or preserved, not specially provided for, similar in all material respect to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62017.**—Vita Food Products, Inc., et al. *v.* United States, protests 197469–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 28, 1958

**No. 62018.**—The Lee Herrmann Co. *v.* United States, protest 311393–K (B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 62019.**—Polk's Model Craft Hobbies, Inc., and Meadows Wye & Co., Inc. *v.* United States, protest 309615–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of small electric motors the same in all material respects as those the subject of Abstract 61383, the claim of the plaintiffs was sustained.